**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **ANTHONY CIOFFI, JR.** | ) | **CASE NO. 4:04 CV 1836** |
| | ) | |
| **PETITIONER,** | ) | **JUDGE PETER C. ECONOMUS** |
| | ) | |
| **V.** | ) | |
| | ) | |
| **DAVID BOBBY, WARDEN,** | ) | **ORDER** |
| | ) | |
| **DEFENDANT.** | ) | |
| | ) | |

This matter is before the Court upon Magistrate Judge James S. Gallas' Interim Report and Recommendation, filed on May 10, 2005. (Dkt. #10). In his Report, Magistrate Judge Gallas recommended that this Court **DENY** Petitioner's motion for default judgment. (Dkt. #7).

FED. R. CIV.P. 72(b) provides that objections to a report and recommendation must be filed within ten (10) days after service, but Petitioner has failed to timely file any such objections. Therefore, the Court must assume that Petitioner is satisfied with the Magistrate Judge's recommendation. Any further review by this Court would be a duplicative and an inefficient use of the Court's limited resources. Thomas v. Arn, 728 F.2d 813 (6th Cir. 1984), aff'd, 474 U.S. 140 (1985); Howard v. Secretary of Health and Human Services, 932 F.2d 505 (6th Cir. 1991); United States v. Walters, 638 F.2d 947 (6th Cir.1981).

Therefore, the Interim Report and Recommendation of Magistrate Judge Gallas (Dkt. #10) is hereby **ADOPTED**.

**IT IS SO ORDERED**.

<u>**/s/ Peter C. Economus - October 3, 2005**</u>
**PETER C. ECONOMUS**
**UNITED STATES DISTRICT JUDGE**